# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRILL I., <br><br>            Petitioner, <br><br>     v. <br><br> ORESTES CRUZ, et al., <br><br>            Respondents. | No. 1:26-cv-00734 JLT SKO (HC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br> (Doc. 8) <br><br> ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Kirill I. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 4, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition. (Doc. 8.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 21 days. (Doc. 8.)

Also on February 4, 2026, Petitioner filed a motion for temporary restraining order. (Doc. 9.) On February 10, 2026, the Court converted the motion for temporary restraining order into a motion for preliminary injunction and granted the motion. (Doc. 13.) The Court directed Respondents to release Petitioner immediately and enjoined Respondents from re-detaining Petitioner absent compliance with constitutional protections. In addition, the Court required the parties to meet and confer, and if possible, submit a joint proposed briefing schedule discussing

1  abeyance of further proceedings on the merits pending the appeal of *Rodriguez Vasquez v.*
2  *Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025, in the Ninth Circuit Court of Appeals. In
3  addition, the Court granted Respondents an opportunity to file a further brief on the merits of the
4  petition.

5  Over fourteen days have passed, and the parties did not address a possible stay of the case.
6  However, on February 19, 2026, Respondents filed objections to the Findings and
7  Recommendation relying on the same grounds presented in their response, (Doc. 7), and
8  Opposition (Doc. 11). (Doc. 14.) Petitioner did not file objections.

9  According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this
10 case. Having carefully reviewed the matter, the Court concludes the Findings and
11 Recommendations are supported by the record and proper analysis.

12 Based upon the foregoing, the Court **ORDERS**:

13 1.  The Findings and Recommendations issued on February 4, 2026, (Doc. 8), are
14     **ADOPTED** in full.
15 2.  The petition for writ of habeas corpus is **GRANTED**.
16 3.  Respondents remain **PERMANENTLY ENJOINED** and **RESTRAINED** from
17     rearresting or re-detaining Petitioner absent compliance with constitutional protections,
18     which include, at a minimum, pre-deprivation notice[1] of at least seven days before a pre-
19     deprivation hearing at which the government will bear the burden of demonstrating by
20     clear and convincing evidence that he is likely to flee or pose a danger to the community if
21     not arrested.
22 4.  The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:  **March 3, 2026**

UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here, **SHALL** be provided within seven days of the arrest.